UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 06-30039-02 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BAYOU KING, INC. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

Having considered the Report and Recommendation of the Magistrate Judge [Doc. No. 190], rendered after a hearing held on May 1, 2008, finding that the Magistrate Judge's findings are supported by the law and record in this matter, and noting that the Government and Defendant have filed statements of no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of Defendant Bayou King, Inc. and adjudges it guilty of the offense charged in Count 1 of the Indictment against it.

MONROE, LOUISIANA, this 8th day of May, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE